AUSA: Nicholas McIntyre  Telephone: (313) 226-9611
Task Force Officer: Wallace Richards  Telephone: (313) 202-3400

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Edris Bell

Case No.

Case: 2:25-mj-30552
Assigned To : Unassigned
Assign. Date : 9/3/2025
Description: CMP USA V. BELL (DJ)

## ARREST WARRANT

FILED USDC - CLRK DET
2025 SEP 5 PM 12:06

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ Edris Bell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Felon in possession of a firearm

Clerk, U.S. District Court
Eastern District of Michigan
s/D. Jennings

Date: September 3, 2025

_Issuing officer's signature_

City and state: Detroit, MI

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 09-03-2025, and the person was arrested on _(date)_ 09-01-2025
at _(city and state)_

Date: 09-04-2025

_Arresting officer's signature_

TFO Ali Bilal
_Printed name and title_

Distribution: Original Court - Copy: US Marshal - 2 copies USA