UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

       Plaintiff,                           Case No.: 25-mj-30552
                                        Hon.

v

EDRIS BELL,

       Defendant.
_____/
DAVID M. BURGESS (P58557)
Attorney for Defendant
1360 Porter Street, Suite 260
Dearborn, MI 48124
(313) 961-4382
_____/


**<u>APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

      Enter my appearance as Counsel in the case for Defendant, EDRIS BELL.


                            Respectfully submitted,


                            *s/ David M. Burgess*
                            DAVID M. BURGESS (P58557)
                            Attorney for Defendant
                            1360 Porter Street, Suite 260
                            Dearborn, MI 48124
                            (313) 961-4382

Dated:  September 8, 2025